IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: July 28, 2008
Court Reporter: Paul Zuckerman
Probation Officer: Laura Ansart
Interpreter: Adriana Weisz

Criminal Action No. 08-cr-00004-MSK

*Parties*:                                          *Counsel*:

UNITED STATES OF AMERICA,            Gregory Rhodes

    Plaintiff,

v.

3. ROSENDO SOTO-ARMENTA,            Martha Eskesen

    Defendant.

---

# SENTENCING MINUTES
---

**10:49 a.m.    Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on April 21, 2008. Defendant pled guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure. (**Motions at Doc. #60 and #62**). Defendant does not object.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (**Motion at Doc. #55**). Argument by Ms. Eskesen. The Government agrees in part.

Allocution. - Statements made by: Defense counsel.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

Oral findings are made of record.

**ORDER:** Defendant's Amended Motion for Variance at **(Doc. #55)** is **GRANTED in part.** The Government's Motion(s) for Downward Departure **(Doc. #60, 62)** are **GRANTED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**11:21 a.m.** **Court in recess.**

Total Time: 32 minutes.
Hearing concluded.